UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CIELO ANGELA ROMAN AYALA

BK. CASE #

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: MARCH 17, 2010
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 538.00 x 48 = 25,824.00
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
TOTAL = 25,824.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____

PROPOSED BASE: $ _____

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,274.00
b. Additional Fees: $ 0
c. Adjusted Balance $ 2,274.00

Signed: /s/ Cielo Angela Roman Ayala
DEBTOR

_____
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507)

B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. US DEPT AGRICULTURE   Cr. _____
#0007238447   # _____
$19,032.00   $ _____

2. ☐ Trustee pays IN FULL Secured Claims
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
US DEPARTMENT OF AGRICULTURE

C. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
(b) ☐ Other: _____

2. ☐ Unsecured Claims otherwise receive PRO-RATA disbursements at a rate of _____ % if all creditors file claims as scheduled.

D. OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
DEBTOR WILL MAKE 48 MONTHLY PAYMENTS IN THE AMOUNT OF $538.00 TO TRUSTEE TO PAY SECURED ARREARS IN THE AMOUNT $19,032.00 TO US DEPT. OF AGRICULTURE. THE BALANCE TO UNSECURED CREDITORS ON A PRO-RATA BASIS.