IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF** :

CIELO ANGELA ROMAN AYALA, : CASE NO. 10-02103(SEK)

    DEBTOR : CHAPTER 13

-----------------------------

**ORDER**

Debtor filed an opposition to the Trustee's motion to dismiss indicating she had made a payment of $1,200.00 after reaching an agreement with the Trustee. Consequently, the Trustee's motion to dismiss is moot.

Debtor has not answered our November 16, 2010 order, concerning her objection to claim 1-1 filed by USDA-Rural Housing Service. Under these circumstances, we give full faith and credit a final judgment entered by the Commonwealth of Puerto Rico's Court of First Instance, Bayamón Superior Division, in Civil Case N. DCD2008-1609, and based on the doctrine of issue preclusion, deny the Debtor's objection to this claim.[1] We also grant this Creditor's objection to the confirmation of the proposed plan.

Due to these two rulings, we order the Debtor to show cause why this case should not be dismissed for her inability to obtain confirmation of a plan within a reasonable period of time. 11 U.S.C. § 1307(c)(1&5). Debtor shall answer this order within forty five days. Her answer shall include a plan with the Trustee's favorable report. If Debtor does not comply with this order within the allotted period of time, the Clerk shall enter a judgment dismissing the case, stating



---

[1] See the translated judgment attached to as an exhibit to docket entry 31 filed in this case.

that all pending matters are moot, and awarding costs to the Trustee. A timely response shall be referred to chambers.

    **SO ORDERED**, in San Juan, Puerto Rico, on February 17, 2011.

                                    SARA DE JESÚS
                            U.S. Bankruptcy Judge